The Full Commission has reviewed the prior Order of 4 April 1996, which granted defendant's Motion for Directed Verdict, based upon the record of the proceedings before Deputy Commissioner Berger and the documents presented to the Full Commission. By Order, oral arguments were waived in this matter. The appealing party has not shown good ground to reconsider the evidence, receive further evidence or to amend the prior Order. Therefore, said Order is hereby AFFIRMED and defendant's Motion for Directed Verdict is hereby GRANTED.
Each side shall bear its own costs in this matter.
 S/ _______________________________ THOMAS J. BOLCH COMMISSIONER
CONCURRING:
S/ ________________________________ J. HOWARD BUNN, JR. CHAIRMAN
S/ ________________________________ BERNADINE S. BALLANCE COMMISSIONER